IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES A. WHITE,
    Plaintiff,

vs.                                                  Case No. 3:12cv147/MCR/CJK

DAVID MORGAN, et al.,
    Defendants.

_____

## REPORT AND RECOMMENDATION

    Plaintiff commenced this civil rights action on March 29, 2012, by filing a complaint under 42 U.S.C. § 1983, and a motion for leave to proceed *in forma pauperis*. (Docs. 1 and 2). Because neither the complaint nor *in forma pauperis* motion was on the prescribed court form, on April 9, 2012, the court issued an order requiring plaintiff to submit an amended complaint within thirty days. (Doc. 4). Plaintiff was warned that failure to do so would result in a recommendation that this case be dismissed. (Doc. 4, p. 3).

    A copy of the April 9, 2012, order was mailed to plaintiff at his address of record, 8 Rolling Court, Pensacola, FL 32507. The order, however, was returned on April 13, 2012, as undeliverable, marked "Return to Sender, No Longer At This Address." (Doc. 5). On April 26, 2012, the court entered an order directing plaintiff to submit an *in forma pauperis* motion on the court form, or payment in the amount

of $350.00, within thirty days. (Doc. 7). The court attempted to ascertain plaintiff's whereabouts from the Escambia County Jail's online Inmate Lookup, and mailed a copy of the order to plaintiff's relatives' address, as provided by the jail. (Doc. 7). The mail was returned on May 7, 2012, as undeliverable, marked "Return to Sender, Not Deliverable as Addressed." (Doc. 8). To date, plaintiff has not complied with either the court's April 9, 2012, or April 26, 2012, order, or notified the court of his current address.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court and failure to keep the court informed of his current address.

2. That the Clerk be directed to close the file.

At Pensacola, Florida, this 16th day of May, 2012.

*/s/ Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).